UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ERNESTINE LIMAR, individually and on behalf of others similarly situated.**

**VERSUS**

**HORIZON MANAGEMENT, LLC**

NO. 3:23-cv-00207-SDD-EWD

JUDGE SHELLY D. DICK

MAG. JUDGE ERIN WILDER-DOOMES

## JUDGMENT

Plaintiff having filed Notice of Acceptance of Defendants' Offer of Judgment pursuant to Rule 68 of the *Federal Rules of Civil Procedure*, the Offer, Notice of Acceptance and Proof of Service having been filed herein, the Clerk now enters judgment in accordance with Rule 68(a), and pursuant to the Offer and Acceptance, as follows:

Judgment is hereby entered in favor of Plaintiff, Earnestine Limar, and against Defendant, Horizon Management, LLC, in the sum of Eighteen Thousand Seven Hundred Seventy-One Dollars and Sixteen Cents ($18, 771.16).

Signed in Baton Rouge, Louisiana, on July 18, 2023.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**